# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                          :          NO. 758
                                                :
ORDER ADOPTING RULE 1.99        :          SUPREME COURT RULES DOCKET
AND AMENDING THE NOTES TO  :
RULES 2.1, 2.4, 2.7, 2.8, 2.10, 3.3- :
3.6, 3.9-3.11, 3.14, 7.2-7.4, AND    :
8.2 OF THE PENNSYLVANIA           :
ORPHANS' COURT RULES               :


## ORDER


**PER CURIAM**

    **AND NOW**, this 5th day of January, 2018, upon the recommendation of the Orphans' Court Procedural Rules Committee, the proposal having been published for public comment at 47 Pa.B. 4671 (August 12, 2017):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1.99 of the Pennsylvania Orphans' Court Rules is adopted in the attached form, and that the Notes to Rules 2.1, 2.4, 2.7, 2.8, 2.10, 3.3-3.6, 3.9-3.11, 3.14, 7.2-7.4, and 8.2 of the Pennsylvania Orphans' Court Rules are amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on January 6, 2018.


Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.